# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY P. MOUTON AND
MARIVETTE V. MOUTON

VERSUS

LOWE'S HOME IMPROVEMENT
CENTERS, LLC D/B/A LOWE'S
HOME IMPROVEMENT, DAVID
DEBENEDETTO, SHANE (LAST
NAME UNKNOWN), TREMYA
ANTHONY, AND KELSI (LAST
NAME UNKNOWN)

NO.   2025 CW 0530

SEPTEMBER 8, 2025

---

In Re:    Gregory P. Mouton and Marivette V. Mouton, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 734723.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED AS MOOT.** The records of the district court reflect that the Louisiana Supreme Court appointed retired Judge McDonald for the purpose of hearing and disposing of the motion to recuse. A judgment was signed on August 25, 2025 denying the motion to recuse.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT